UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MAINA,

                          Plaintiff,

      -against-                        1:25-CV-0218 (LTS)

C.O. BRIAN PAULI,                     ORDER OF DISMISSAL

                        Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By orders dated January 22, 2025, the Court directed Plaintiff, within 30 days, to: (1) submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court; and (2) resubmit the signature page of the complaint with her original signature. (ECF 4 & 5.) Both orders specified that failure to comply would result in dismissal of this action. (*Id.*) Plaintiff has not filed an IFP application and prisoner authorization or paid the fees, and she has not resubmitted the signature page of the complaint with her original signature. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   March 26, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge